UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLERK
DISTRICT & BANKRUPTCY
COURTS

2008 JUN 16 PM 11: 52

RECEIVED

---------------------------------------------------------x

Ilene Hays                                        :
11080 Weymouth Court, Apt. 123                    :
Waldorf, MD 20603                                 :
                                                  :
DEY, L.P.                                         :
2751 Napa Valley Corporate Drive                  :
Napa, CA 94558                                    :
                                                  :
         Plaintiffs,                         :          Civil Action No._____
                                                  :
v.                                                :
                                                  :
Michael O. Leavitt, Secretary of                  :
the United States Department of Health            :
and Human Services;                               :
200 Independence Avenue, SW                       :
Washington, DC 20201                              :
                                                  :
Kerry N. Weems, Acting Administrator              :
of the Centers for Medicare and Medicaid          :
Services                                          :
200 Independence Avenue, SW                       :
Washington, DC 20201                              :
                                                  :
CIGNA Government Services                         :
PO Box 20010                                      :
Nashville, TN 37202                               :
                                                  :
National Heritage Insurance Company               :
75 William B Terry Dr., PO Box 1000               :
Hingham, MA 02043                                 :
                                                  :
National Government Services                      :
8115 Knue Road, PO Box 240                        :
Indianapolis, IN 46250                            :
                                                  :

Noridian Administrative Services  :
901 40th Street  :
Suite 1  :
Fargo, ND 58103  :
  :
  :
             Defendants.  :
------------------------------------------------------------x

## CERTIFICATE RULE LCvr 7.1

I, the undersigned, counsel of record for Ilene Hays and Dey, L.P. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Dey, L.P. which have any outstanding securities in the hands of the public:

**Mylan Inc. (parent)**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Stuart M. Gerson_
Stuart M. Gerson
D.C. Bar No. 94227
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 861-4180
sgerson@ebglaw.com