**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ILENE HAYS and DEY, L.P, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of the )<br>United States Department of Health )<br>and Human Services, )<br>200 Independence Avenue, SW )<br>Washington, DC 20201 )<br>)<br>KERRY N. WEEMS, Acting )<br>Administrator of the Centers for Medicare )<br>& Medicaid Services, )<br>200 Independence Avenue, SW )<br>Washington, DC 20201 )<br>)<br>CIGNA GOVERNMENT SERVICES, )<br>PO Box 20010 )<br>Nashville, TN 37202 )<br>)<br>NATIONAL HERITAGE INSURANCE )<br>COMPANY, )<br>75 William B Terry Dr., PO Box 1000 )<br>Hingham, MA 02043 )<br>)<br>NATIONAL GOVERNMENT SERVICES, )<br>8115 Knue Road, PO Box 240 )<br>Indianapolis, IN 46250 )<br>)<br>NORIDIAN ADMINISTRATIVE )<br>SERVICES, )<br>901 40th Street )<br>Suite 1 )<br>Fargo, ND 58103 )<br>)<br>Defendants. )<br>) | Civil Action No. 08-1032 (EGS) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that SCOTT RISNER, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as counsel of record for Defendants Michael O. Leavitt, Kerry N. Weems, CIGNA Government Services, National Heritage Insurance Company, National Government Services, and Noridian Administrative Services. Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

Dated: June 20, 2008.                    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Assistant Branch Director

  /s/ Scott Risner
SCOTT RISNER (MI Bar No. P70762)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF FAMILIARITY

  Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated:  06/20/2008          */s/ Scott Risner*
                        Scott Risner

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served on Plaintiffs' counsel electronically by means of the Court's ECF system.

                                                  /s/ Scott Risner
                                                  Scott Risner