IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------x
ILENE HAYS,                                         :
                                                    :
and                                                 :
                                                    :
DEY, L.P.,                                          :
                                                    :
            Plaintiffs,                             :    Civ. No. 08-1032(EGS)
                                                    :
v.                                                  :
                                                    :
MICHAEL O. LEAVITT, Secretary of                    :
the United States Department of Health              :
and Human Services, *et al.,*                       :
                                                    :
            Defendants.                             :
---------------------------------------------------------x

**ENTRY OF APPEARANCE**

To the Clerk of this Court and all parties of record:

   Please enter the appearance of Robert Wanerman, Esq., Epstein Becker & Green, P.C., 1227 25th Street, N.W., Washington, D.C. 20037, (202) 861-1885, as counsel in this case for: Plaintiffs, Ilene Hays and Dey, L.P.

Dated: June 24, 2008                                     Respectfully submitted,

                                                         /s/ Robert Wanerman
                                                         Robert Wanerman
                                                         D.C. Bar No. 456895
                                                         Epstein Becker & Green, P.C.
                                                         1227 25th Street, N.W., Suite 700
                                                         Washington, D.C. 20037
                                                         (202) 861-1885

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I caused a true and correct copy of the foregoing Entry of Appearance to be served on Defendants' counsel electronically by means of the Court's ECF system:

    Scott Risner, Esq.
    U.S. Department of Justice
    20 Massachusetts Avenue, NW
    Washington, DC 20530

    /s/ Robert Wanerman
    Robert Wanerman