CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILENE HAYS, ET AL. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Case Number 08-1032 (HHK) |
| ) | |
| MICHAEL O. LEVITT, ET AL. ) | Category   D |
| ) | |
| Defendants ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 30, 2008 from Judge Emmet G. Sullivan to Judge Henry H. Kennedy, Jr. by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Kennedy & Courtroom Deputy
    Judge Sullivan & Courtroom Deputy
    Liaison, Calendar and Case Management Committee
    Civil Case Processing Clerk