UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILENE HAYS<br><br>and<br><br>DEY, L.P.,<br><br>                Plaintiffs,<br><br>                v.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, et al.,<br><br>              Defendants. | Civil Action 08-01032 (HHK) |

**ORDER**

It is this 9th day of July 2008, hereby

**ORDERED** that the parties shall submit a joint case management plan and proposed deadlines for briefing on dispositive motions no later than July 28, 2008. If the parties are unable to agree, each party shall submit its own proposed plan and briefing deadlines.

Henry H. Kennedy, Jr.
United States District Judge