# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILENE HAYS and DEY, L.P., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>the United States Department of Health )<br>and Human Services, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 08-01032 (HHK) |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants Michael O. Leavitt, the Secretary of Health and Human Services; Kerry N. Weems, the Acting Administrator of the Centers for Medicare and Medicaid Services; CIGNA Government Services; National Heritage Insurance Company; National Government Services; and Noridian Administrative Services respectfully request that the Court grant the non-government defendants an extension of time to respond to the complaint in this cause. As grounds for the motion, Defendants state the following:

1.      Plaintiffs instituted this action with the filing of their Complaint on June 16, 2008.

2.      Plaintiffs' Complaint was served on the Office of the United States Attorney for the District of Columbia on June 24, 2008. Secretary Leavitt and Acting Administrator Weems must respond to the Complaint by August 25, 2008. Fed. R. Civ. P. 6(a), 12(a)(2).

3.      Counsel for Defendants believes that the current deadline for CIGNA Government Services to respond to Plaintiffs' Complaint is July 14, 2008. Fed. R. Civ. P. 12(a)(1)(A).

4. Defendants contend that Secretary Leavitt is the real party in interest in this case, given that CIGNA Government Services, National Heritage Insurance Company, National Government Services, and Noridian Administrative Services have been sued solely in their capacity as the Secretary's agents in administering Medicare Part B. *See* 42 C.F.R. § 421.5(b) ("CMS is the real party of interest in any litigation involving the administration of the [Medicare] program."). Due to their status as private parties, however, the contractors are required to respond to the Complaint within 20 days of service, rather than the 60 days afforded the Secretary.

5. Defendants thus request that the Court extend the non-government defendants' deadline to respond to the Complaint until August 25, 2008. This will conserve the time and resources of the parties and the Court by avoiding duplicative filings and allowing the parties to focus on the proposal for a briefing schedule required by the Court's Order of July 9, 2008.

6. In accordance with Local Civil Rule 7(m), counsel for Defendants has contacted Plaintiffs' counsel regarding this motion. Plaintiffs' counsel stated that Plaintiffs do not oppose the relief requested herein.

7. This request is made in good faith and not for purposes of delay, and will not affect any other previously scheduled deadlines.

Dated: July 14, 2008.                    Respectfully submitted,

                                         GREGORY G. KATSAS
                                         Assistant Attorney General

                                         JEFFREY A. TAYLOR
                                         United States Attorney

                                         SHEILA M. LIEBER
                                         Deputy Branch Director

                    */s/ Scott Risner*
SCOTT RISNER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel: (202) 514-2395
Fax: (202) 616-8470
Email: scott.risner@usdoj.gov

OF COUNSEL:

THOMAS R. BARKER
Acting General Counsel

JANICE L. HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
Counsel for Litigation

JOCELYN S. BEER
Attorney
United States Department of
Health and Human Services

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILENE HAYS and DEY, L.P., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>the United States Department of Health )<br>and Human Services, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 08-01032 (HHK) |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO ANSWER

Upon consideration of Defendants' Unopposed Motion to Extend Time to Answer, it is hereby

ORDERED that Defendants' Unopposed Motion to Extend Time to Answer is granted; and further

ORDERED that all Defendants respond to Plaintiffs' Complaint by August 25, 2008.

---

HENRY H. KENNEDY, JR.
United States District Judge