**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ILENE HAYS and DEY, L.P., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 08-01032 (HHK) |
| MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services, et al., | ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT NOTICE OF PROPOSED BRIEFING SCHEDULE**

Pursuant to the Court's Order of July 9, 2008, the parties have conferred concerning the status of this action and hereby submit a joint proposal for briefing deadlines in this case. In support of their proposal, the parties state the following:

1. Plaintiffs challenge certain Local Coverage Determinations ("LCDs") affecting the reimbursement rates established by the Secretary of Health and Human Services for drugs covered by Medicare Part B, including the drug DuoNeb.[1] According to their complaint, Plaintiffs bring their claims pursuant to the Administrative Procedure Act and 42 U.S.C. § 1395ff(f)(3). *See* Pls.' Compl. ¶¶ 7-8.

2. The parties agree that judicial review of Plaintiffs' claims is limited to the administrative records compiled by the Secretary in support of the administrative decisions at

---

[1] The Secretary administers the Medicare program through the Centers for Medicare & Medicaid Services, and through contractors known as Medicare Administrative Contractors ("MACs"). *See* 42 U.S.C. §§ 1395u(a), 1395kk-1(a)(4). The LCDs at issue in this case were issued by four MACs involved in the administration of Medicare Part B: Defendants CIGNA Government Services, National Heritage Insurance Company, National Government Services, and Noridian Administrative Services.

issue. Upon the filing of the records, this case will thus be ripe for briefing and decision through cross-motions for summary judgment.

      3.      Plaintiffs initially filed an application for a preliminary injunction seeking to enjoin the Secretary from implementing the LCDs' provision relating to the drug DuoNeb (a combination of the drugs albuterol and ipratropium). The Secretary subsequently decided to delay the effective date of the relevant provision until November 1, 2008, and Plaintiffs withdrew their application. On November 1, 2008, the LCDs will take effect as to DuoNeb, absent an order of this Court or further action by the Secretary.

      4.      In the interest of allowing the Court sufficient time to consider the parties' briefing prior to the provisions' effective date of November 1, 2008, the parties propose that briefing commence immediately following the Defendants' production and filing of the administrative records. The parties propose the following schedule:

> Defendants produce and file the administrative records . . . August 8, 2008.
> Plaintiffs' motion for summary judgment . . . . . . . . . . . . . . September 5, 2008.
> Defendants' opposition and cross-motion . . . . . . . . . . . . . . September 19, 2008.
> Plaintiffs' reply and opposition . . . . . . . . . . . . . . . . . . . . . . September 26, 2008.
> Defendants' reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 3, 2008.

In the event the Court requires additional time to consider the parties' briefing, the parties will of course adhere to an alternative schedule.

      Dated: July 28, 2008.

                                    Respectfully submitted,

| | |
|---|---|
| /s/ Robert Wanerman | GREGORY G. KATSAS |
| STUART M. GERSON | Assistant Attorney General |
| (D.C. Bar No. 94227) | |
| ROBERT WANERMAN | JEFFREY A. TAYLOR |
| (D.C. Bar No. 456895) | United States Attorney |
| Epstein Becker & Green, P.C. | |

| | |
|---|---|
| 1227 25th Street, N.W., Suite 700<br>Washington, D.C. 20037<br>(202) 861-0900<br>sgerson@ebglaw.com<br>rwanerman@ebglaw.com<br><br>Counsel for Plaintiffs | SHEILA M. LIEBER<br>Deputy Branch Director<br><br>  /s/ Scott Risner   <br>SCOTT RISNER<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, D.C. 20530<br>Tel: (202) 514-2395<br>Fax: (202) 616-8470<br>Email: scott.risner@usdoj.gov<br><br>OF COUNSEL:<br><br>THOMAS R. BARKER<br>Acting General Counsel<br><br>JANICE L. HOFFMAN<br>Associate General Counsel<br><br>MARK D. POLSTON<br>Deputy Associate General<br>Counsel for Litigation<br><br>JOCELYN S. BEER<br>Attorney<br>United States Department of<br>Health and Human Services<br><br>Counsel for Defendants |