IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ILENE HAYS and DEY, L.P., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-1032 (HHK) |
| ) | |
| MICHAEL O. LEAVITT, Secretary of ) | |
| the United States Department of Health ) | |
| and Human Services *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' NOTICE OF FILING ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.4(e), Defendants, by and through undersigned counsel, are filing along with this Notice a CD-ROM containing an electronic copy of the Administrative Record in support of the administrative decisions at issue in this cause. The CD-ROM of the Administrative Record is being maintained in the case file in the Clerk's Office.

Dated: August 8, 2008.    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Assistant Branch Director

 */s/ Scott Risner*
SCOTT RISNER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.

        Washington, D.C. 20530
        Tel: (202) 514-2395
        Fax: (202) 616-8470

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2008, I sent a CD-ROM containing an electronic copy of the Administrative Record to:

Robert Evan Wanerman
EPSTEIN, BECKER & GREEN, PC
1227 25th Street, NW
Suite 700
Washington, DC 20037
(202) 861-0900
*SENT VIA FEDERAL EXPRESS*

                                                */s/ Scott Risner*
                                                Scott Risner